IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, TAMPA DIVISION

JOSEPH MATTERA, as natural parent and guardian of the minor child, DANIEL MATTERA,

-vs-

FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION, a non-profit corporation,

Defendant.

Case #: 8:08-CV-02128-T-17EAJ

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This action was heard on Plaintiff's Emergency Motion Preliminary Injunction and after review of the affidavits and memorandum filed by the parties, and hearing argument of counsel, and being otherwise fully advised of the premises,

IT IS ADJUDGED that:

The Plaintiff's Motion is hereby GRANTED and that it is the finding of this Court that the entry of this preliminary injunction is necessary to prevent irreparable to Daniel Mattera, and that the Plaintiff has otherwise met his burden of showing a "substantial" likelihood of success on the merits; a substantial threat of irreparable harm; that the potential harm to the defendant is outweighed by that of the Plaintiff; and that the entry of this preliminary injunction would not disserve the public interest.

Wherefore the Court holds that Daniel Mattera shall be allowed to participate in the basketball program of Cardinal Mooney High School and that the Defendant shall reinstate Daniel Mattera's eligibility to participate in said program, and shall refrain from penalizing or otherwise sanctioning Cardinal Mooney High School for allowing said participation.

That this Court retains jurisdiction to enforce this injunction, and enter sanctions for violation of same.

ORDERED at Tampa, Florida on this ___14th___ day of __November__ 2008.

Hon. Elizabeth A. Kovachevich
District Judge for the Middle District of Florida

CC: Mr. Michael T. Robertson, Esq., Atty. for Plaintiff
    Mr. Leonard Ireland, Atty. for Defendant