UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH MATTERA, etc.,
    Plaintiff,

vs.                      CASE NO. 8:08-CIV-2128-T-17-EAJ

FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION,
    Defendant.
_____/

## ORDER

This cause is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 1292 (b), this Court is of the opinion that the preliminary injunction (Docket No. 11) "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation" and, further the Court finds a stay of proceedings in this case appropriate. Accordingly, it is

**ORDERED** that the Clerk of Court shall administratively closed this case pending the outcome of the interlocutory appeal that is to be taken.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of November, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record